IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| J.A., ex rel. T.L. and C.A., her natural parents and guardians,<br><br>                              Plaintiffs,<br><br>v.<br><br>Moorhead Public Schools, ISD No. 152,<br><br>                              Defendants. | Case No. 14-cv-4639 (ADM/LIB)<br><br>**DEFENDANT'S<br>MOTION TO DISMISS<br>PLAINTIFFS' COMPLAINT** |

Defendant Moorhead Public Schools, ISD No. 152 ("the District"), moves the Court to dismiss Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. The District will separately file a notice of hearing, memorandum of law, affidavits and exhibits, meet and confer statement, and proposed order in support of this motion, consistent with District of Minnesota Local Rule 7.1(c). This motion is based on all the files, pleadings, and records in this case, as well as the memorandum of law, all affidavits and exhibits, and the proposed order, to be filed pursuant to Local Rule 7.1.

Dated:  November 25, 2014    **GREENE ESPEL PLLP**

 s/ Jenny Gassman-Pines
Jenny Gassman-Pines, Reg. No. 386511
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
jgassman-pines@greeneespel.com
 (612) 373-0830

Attorneys for Defendant Moorhead Public Schools, ISD No. 152